976

No. 614. COHEN v. NEW YORK. Ct. App. N. Y. Certiorari denied for want of a final judgment. *Eugene Gold* for petitioner. *Aaron E. Koota* for respondent.

No. 621. FANALE v. ANDERSON ET AL. Ct. App. N. Y. Motion to dispense with printing petition for certiorari granted. Certiorari denied.

No. 625. IN RE MALMSTEDT. Ct. App. Md. Motion to seal the records and preserve anonymity granted. Motion of petitioner to strike portions of reply to answer to motion to seal the records and preserve anonymity denied. Certiorari denied. *Joseph H. Sharlitt* for petitioner. *H. Emslie Parks* and *Samuel S. D. Marsh* in opposition.

No. 626. WALKER DISTRIBUTING CO. ET AL. v. LUCKY LAGER BREWING CO. C. A. 9th Cir. Certiorari denied for reason that the petition was not timely filed. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Douglas D. Kramer* for petitioners. *Owen Jameson* for respondent.

No. 170, Misc. HARDWICK v. FIELD, MENS COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Howard J. Bechefsky,* Deputy Attorney General, for respondent.

No. 284, Misc. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.